GAETANO BRINDIZI, Appellant, *v.* LEHIGH VALLEY RAIL-ROAD COMPANY et al., Respondents.

*Appeal — motion to withdraw appeal granted.*

*Brindizi* v. *Lehigh Valley R. R. Co.*, 216 App. Div. 12, appeal withdrawn.

(Submitted October 18, 1926; decided October 22, 1926.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1926, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the appeal was inadvertently taken.

*Francis T. Findlay* for motion.
*William M. Fay* and *Raymond C. Vaughn* opposed.

Motion granted on payment within twenty days to attorneys for each defendant of costs of appeals and ten dollars costs of motion.